Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Telephone:     (702) 873-4100
lundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendants*

Leslie Bryan Hart (NSBN 4932)
Courtney Miller O'Mara (NSBN 10683)
FENNEMORE CRAIG, P.C.
300 East Second Street - Suite 1510
Reno, Nevada 89501
Telephone:     (775) 788-2200
Facsimile:     (775) 786-1177
lhart@fclaw.com; comara@fclaw.com

Nicholas M. Menasché (admitted *pro hac vice* – N.Y.S. Bar No. 4495214)
ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.
875 Third Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 603-6300
Facsimile: (212) 956-2164
nmm@robinsonbrog.com

*Attorneys for Plaintiff Southport Lane Equity II, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SOUTHPORT LANE EQUITY II, LLC, individually and derivatively on behalf of MASSIVE INTERACTIVE, INC., a Nevada corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>RON DOWNEY, DEREK ELLIS, MAX RAMSAY, MONIQUE ELLIS, DOMINIC DE LORENZO, ALEX DROSIN, and ANTAINE FURLONG, and MASSIVE INTERACTIVE, INC., a Nevada corporation,<br><br>        Defendants. | CASE No.:     3:15-cv-0335-RCJ-VPC<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>**(First Request)** |

-1-

**WHEREAS**, each of the individual defendants in this matter has filed a motion to dismiss the Amended Complaint in the above-captioned action (the "Motions"), which, *inter alia*, challenge the Court's personal jurisdiction over them as non-resident defendants;

**WHEREAS**, Massive Interactive, Inc. ("Massive") has similarly filed a motion to dismiss the Amended Complaint;

**WHEREAS**, the Court issued an Order on April 1, 2016 (the "Order"), granting the Motions and dismissing Plaintiff Southport Lane Equity II, LLC's ("Southport") Amended Complaint with leave to amend;

**WHEREAS**, on April 14, 2016, Southport filed a Notice of Intent Not to File a Second Amended Complaint (the "Notice"), wherein it stated it intended to appeal the Order; and

**WHEREAS**, subsequently in April 2016, Southport and Massive executed a Joint Monetization Agreement (the "Agreement"), wherein Southport agreed "to dismiss [its] claims with prejudice within seven (7) days of the execution of this Agreement and further agree[d] not to refile or otherwise pursue such claims, or action in any court or tribunal," including a promise not "to file or otherwise pursue any appeal" in this matter.

**[REMAINDER OF PAGE INTENTIONALLY OMITTED]**

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the parties, through their undersigned counsel, that pursuant to FRCP 41 and the terms of the Agreement, the Court should dismiss this matter in its entirety and with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own fees and costs.

Dated:  May 25, 2016

FENNEMORE CRAIG, P.C.                           MCDONALD CARANO WILSON, LLP


By: */s/ Courtney Miller O'Mara*                By: */s/ Rory T. Kay*
    Leslie Bryan Hart                                    Pat Lundvall
    Courtney Miller O'Mara                               Rory T. Kay

300 East Second Street - Suite 1510             2300 W. Sahara Avenue, Suite 1200
Reno, Nevada 89501                              Las Vegas, Nevada 89148
Tel: (775) 788-2200                             Tel:  (702) 873-4100
Fax:   (775) 786-1177

*Attorneys for Defendants*


ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.


By: */s/ Nicholas M. Menasche*
    Nicholas M. Menasché

875 Third Avenue, 9th Floor
New York, New York 10022
Tel:  (212) 603-6300
nmm@robinsonbrog.com
(admitted *pro hac vice*)

*Attorneys for Plaintiff Southport Lane Equity II, LLC*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____